**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | | |
|---|---|---|
| IN RE: | : | |
| ROSALIND C MCCREA | : | BK. No. 17-10825-jkf |
| Debtor | : | |
| | : | Chapter No. 13 |
| U.S. BANK NATIONAL ASSOCIATION, AS | : | |
| TRUSTEE FOR STRUCTURED ASSET | : | |
| INVESTMENT LOAN TRUST MORTGAGE | : | |
| PASS-THROUGH CERTIFICATES, SERIES | : | 11 U.S.C. §362 |
| 2006-BNC3 | : | |
| Movant | : | |
| v. | : | |
| ROSALIND C MCCREA | : | |
| Respondent | : | |

**ORDER ENFORCING THE STIPULATION AGREEMENT FROM PRIOR BANKRUPTCY CASE #16-10010-jkf AND**
**GRANTING IN REM RELIEF FROM THE AUTOMATIC STAY**

**AND NOW**, this 2nd day of April, 2017, at **PHILADELPHIA**, upon Motion of **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BNC3** (Movant), it is:

**ORDERED AND DECREED:** that that the Stipulation entered in Bankruptcy Case #16-10010-jkf on March 15, 2016, is hereby valid and enforced in the current case; and it is further;

**ORDERED** that the Automatic Stay of all proceedings, as provided under 362 of the Bankruptcy Code is modified with respect to premises 1418 W ALLEGHENY AVE, PHILADELPHIA, PA 19132 as more fully set forth in the legal description attached to said mortgage, as to allow the Movant, its successors or assignees, to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises (said actions include but are not limited to forelcosure on its mortgage, recording of a Sheriff's deed, and eviction proceedings); and it is further;

~~ORDERED that if any future bankruptcy cases are filed by this Debtor/Debtors, or any other occupant or owner of the real property located at 1418 W ALLEGHENY AVE, PHILADELPHIA, PA 19132, within 2 years from the date of this order, such a bankruptcy filing shall not trigger the Automatic Stay under 11 U.S.C. §362(a) as to the real property located at 1418 W ALLEGHENY AVE, PHILADELPHIA, PA 19132.; and it is further;~~

~~ORDERED that in accordance with section 362(d)(4) that a certified copy of this order may be indexed and/or recorded with any governmental unit that accepts notices of interests or liens in real property; and it is further;~~

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE
(TRUSTEE)
1234 Market Street
Suite 1813
PHILADELPHIA, PA 19107

MICHAEL D. WARD, ESQUIRE
1800 JFK BLVD.
SUITE 300
PHILADELPHIA, PA 19103

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

ROSALIND C MCCREA
1524 SOUTH MARSHALL STREET
PHILADELPHIA, PA 19147

ROSALIND C MCCREA
1418 W ALLEGHENY AVE
PHILADELPHIA, PA 19132