United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-10825-jkf
Rosalind C McCrea                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia          Page 1 of 1          Date Rcvd: Apr 03, 2017
                       Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2017.
db        +Rosalind C McCrea,   1524 South Marshall Street,   Philadelphia, PA 19147-6430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2017 at the address(es) listed below:
    JEROME B. BLANK    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE ET.AL. paeb@fedphe.com
    JOSEPH ANGEO DESSOYE    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE ET.AL. paeb@fedphe.com
    MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for HSI Asset Corporation Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1 bkgroup@kmllawgroup.com
    MICHAEL D. WARD    on behalf of Debtor Rosalind C McCrea mdwecf@gmail.com, G7290@notify.cincompass.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                    TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | |
|---|---|
| IN RE: : | |
| ROSALIND C MCCREA : | BK. No. 17-10825-jkf |
| **Debtor** : | |
| : | Chapter No. 13 |
| U.S. BANK NATIONAL ASSOCIATION, AS : | |
| TRUSTEE FOR STRUCTURED ASSET : | |
| INVESTMENT LOAN TRUST MORTGAGE : | |
| PASS-THROUGH CERTIFICATES, SERIES : | 11 U.S.C. §362 |
| 2006-BNC3 : | |
| **Movant** : | |
| v. : | |
| ROSALIND C MCCREA : | |
| **Respondent** : | |

**ORDER ENFORCING THE STIPULATION AGREEMENT FROM PRIOR BANKRUPTCY**
**CASE #16-10010-jkf AND**
**GRANTING IN REM RELIEF FROM THE AUTOMATIC STAY**

**AND NOW**, this 2nd day of April, 2017, at **PHILADELPHIA**, upon Motion of **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BNC3** (Movant), it is:

**ORDERED AND DECREED:** that that the Stipulation entered in Bankruptcy Case #16-10010-jkf on March 15, 2016, is hereby valid and enforced in the current case; and it is further;

**ORDERED** that the Automatic Stay of all proceedings, as provided under 362 of the Bankruptcy Code is modified with respect to premises 1418 W ALLEGHENY AVE, PHILADELPHIA, PA 19132 as more fully set forth in the legal description attached to said mortgage, as to allow the Movant, its successors or assignees, to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises (said actions include but are not limited to forelcosure on its mortgage, recording of a Sheriff's deed, and eviction proceedings); and it is further;

~~**ORDERED** that if any future bankruptcy cases are filed by this Debtor/Debtors, or any other occupant or owner of the real property located at 1418 W ALLEGHENY AVE, PHILADELPHIA, PA 19132, within 2 years from the date of this order, such a bankruptcy filing shall not trigger the Automatic Stay under 11 U.S.C. §362(a) as to the real property located at 1418 W ALLEGHENY AVE, PHILADELPHIA, PA 19132.; and it is further;~~

~~**ORDERED** that in accordance with section 362(d)(4) that a certified copy of this order may be indexed and/or recorded with any governmental unit that accepts notices of interests or liens in real property; and it is further;~~

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

*[signature]*

JEAN K. FITZSIMON, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE
(TRUSTEE)
1234 Market Street
Suite 1813
PHILADELPHIA, PA 19107

MICHAEL D. WARD, ESQUIRE
1800 JFK BLVD.
SUITE 300
PHILADELPHIA, PA 19103

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

ROSALIND C MCCREA
1524 SOUTH MARSHALL STREET
PHILADELPHIA, PA 19147

ROSALIND C MCCREA
1418 W ALLEGHENY AVE
PHILADELPHIA, PA 19132