UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  *Rosalind C.*                :        Chapter 13

Debtor(s)  *McCrea*                  :        Bankruptcy No.: *17-10825* **JKF**

                                     :

## CONSENT ORDER

**AND NOW,** this_____ day of _____, 2017, in consideration of the motion of debtor(s) to extend or impose the automatic stay, and upon agreement of the parties, it is

**ORDERED,** that in light of the debtor(s) four (4) prior bankruptcy filings, if this case is dismissed for any reason, it shall be with prejudice; debtor(s) shall be prohibited from filing, individually or jointly, any subsequent bankruptcy case without further leave Court and it is further

**ORDERED,** that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor(s) from further filings in accordance with its terms.

Date: *4/26/17*

Date: *4/26/17*                              _____
                                             William C. Miller, Esquire
                                             Chapter 13 Standing Trustee

Date: *4/26/17*                              _____
                                             Attorney for Debtor(s)

                                             _____
                                             Debtor(s)

                                             _____
                                             Debtor(s)


                                             _____
                                             **HONORABLE JEAN K. FITZSIMON**
                                             **U.S. BANKRUPTCY JUDGE**

**Date: May 3, 2017**