```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                               Case No. 17-10825-jkf
Rosalind C McCrea                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi                  Page 1 of 1           Date Rcvd: May 03, 2017
                             Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2017.
db             +Rosalind C McCrea,    1524 South Marshall Street,     Philadelphia, PA 19147-6430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2017 at the address(es) listed below:
      JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
       philaecf@gmail.com
      JEROME B. BLANK    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE ET.AL.
       paeb@fedphe.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE ET.AL.
       paeb@fedphe.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
       for HSI Asset Corporation Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1
       bkgroup@kmllawgroup.com
      MICHAEL D. WARD    on behalf of Debtor Rosalind C McCrea mdwecf@gmail.com,
       G7290@notify.cincompass.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                            TOTAL: 7

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Rosalind C.                :    Chapter 13
Debtor(s) McCrea                  :    Bankruptcy No.: 17-10825 JKF
                                  :

**CONSENT ORDER**

*AND NOW,* this _____ day of _____, 2017, in consideration of the motion of debtor(s) to extend or impose the automatic stay, and upon agreement of the parties, it is

*ORDERED,* that in light of the debtor(s) four (4) prior bankruptcy filings, if this case is dismissed for any reason, it shall be with prejudice; debtor(s) shall be prohibited from filing, individually or jointly, any subsequent bankruptcy case without further leave Court and it is further

*ORDERED,* that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor(s) from further filings in accordance with its terms.

Date: 4/26/17                     _____
                                  William C. Miller, Esquire
                                  Chapter 13 Standing Trustee

Date: 4/26/17                     _____
                                  Attorney for Debtor(s)

Date: 4/26/17                     X _____
                                  Debtor(s)

                                  _____
                                  Debtor(s)

                                  _____
                                  HONORABLE JEAN K. FITZSIMON
                                  U.S. BANKRUPTCY JUDGE

**Date: May 3, 2017**