# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-10825-JKF

ROSALIND C MCCREA

1524 South Marshall Street

Philadelphia, PA 19147

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
ROSALIND C MCCREA

1524 South Marshall Street

Philadelphia, PA 19147

**Counsel for debtor(s), by electronic notice only.**
MICHAEL D. WARD ESQUIRE
1800 JFK BLVD
SUITE 300
PHILADELPHIA, PA 19103-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

        /s/ William C. Miller

Date: 5/16/2017

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee