# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-10825-JKF

ROSALIND C MCCREA

1524 South Marshall Street

Philadelphia, PA 19147

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    ROSALIND C MCCREA

    1524 South Marshall Street

    Philadelphia, PA 19147

Counsel for debtor(s), by electronic notice only.

    MICHAEL D. WARD ESQUIRE
    1800 JFK BLVD
    SUITE 300
    PHILADELPHIA, PA 19103-

                                        /S/ William C. Miller

Date: 8/8/2017                          _____

                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee