IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE

**Rosalind C McCrea** : BK NO.

DEBTOR : **17-10825-JKF**

## CERTIFICATION OF SERVICE

I, Michael D. Ward, , do hereby certify that true and correct copies of the Debtor's First Amended Chapter 13 Plan was served this date by United States Mail, First Class, postage prepaid or ECF e-mail upon the following parties.

**TRUSTEES:**
**WILLIAM C. MILLER**
Chapter 13 Trustee
111 South Independence Mall
Suite 583
Philadelphia, PA 19106

*U.S. Trustee*
**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

**DEBTOR(S):**
**Rosalind C McCrea**
**1524 South Marshall Street**
**Philadelphia, PA 19147**

**AND SEE ATTACHED LIST**

**Dated: September 27,2017**

/s/Michael D. Ward

_____
Michael D. Ward

IRS Special Procedures Unit
P.O. Box 7346
Philadelphia, PA 19101-7346

Deutsche Bank National Trust Co., Trustee(See 410)
C/O Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

CITY OF PHILADELPHIA LAW DEPARTMENT - TAX -BANKRUP
1401 JOHN F. KENNEDY BLVD
5TH FLOOR
PHILADELPHIA, PA 19102-1617

**JEROME B. BLANK**
Phelan Hallinan & Schmieg LLP
1617 JFK Boulevard
Philadelphia, PA 19103

**MATTEO SAMUEL WEINER**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

American Servicing For Deutche Bank
MAC# D3347-014
3476 Stateview Boulevard
Ft Mills, SC  21795

American Servicing For US Bank
MAC# D3347-014
3476 Stateview Boulevard
Ft Mills, SC  21795