```
                UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

October 31, 2017

To: **Michael Ward, Esq.**

                              In re: **Rosalind C. McCrea**
                              Bankruptcy No. **17-10825JKF**
                              Adversary No.
                              Chapter **13**

Re **Fee Application (docket #51)**

The above pleading was filed in this office on **9/27/17**. Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

       ( )    Affidavit
       ( )    Certificate of Service
       (**x**)    Certification of no response
       ( )    Notice pursuant to Rule 9019
       ( )    Notice pursuant to Rule 2002
       ( )    Notice pursuant to Rule 3007.1
       ( )    Proof of Claim number not noted on
                      objection pursuant to Rule 3007.1(a)
       ( )    Proposed Order
       ( )    Stipulation
       ( )    Certification of Default
       ( )    $30.00 Filing Fee for Amendments
       ( )    $25.00 Claims Transfer Fee
       ( )    Other

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within fourteen (14) days from the date of this notice. Otherwise, the matter will be referred to the Court.

                              Timothy B. McGrath
                              Clerk


                              By: ___Randi Janoff_____
                                      Deputy Clerk

status.frm
(rev. 2/04/14)