IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE **Rosalind C McCrea**  :  BK NO. **17-10825-JKF**

      DEBTOR  :

## CERTIFICATION OF NON-RESPONSE
## TO NOTICE OF APPLICATION FOR APPROVAL OF LEGAL FEE

The undersigned, Michael D. Ward, Esquire does hereby aver and certify that he did serve copies of the Notice of Application for Approval of Legal Fee, as approved by the Clerk of the U.S. Bankruptcy Court for the Eastern District of Pennsylvania, upon all interested parties, as listed on the attached Exhibit AA@, which lists includes all the parties listed on the master mailing list (typing matrix) by depositing same with the United States Postal Service, at Philadelphia, PA as regular first class mail, postage pre-paid or by ECF e-mail on the following date: **September 27, 2017.**

More than twenty (20) days have elapsed from the date of mailing of said Notice of Application for Approval of Legal Fee, and having received no response thereto, and more than twenty (20) days having elapsed since the mailing of the Notice of Application for Approval of Legal Fee, and having received no response thereto, the undersigned as Attorney for the Debtor(s) does hereby ask that the fee in this case be Approved

                                            Respectfully submitted,

Dated**: November 6, 2017**                         /s/ Michael D Ward, Esq

                                                          Michael D. Ward
                                                          Attorney for the Debtor(s)

\    IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE **Rosalind C McCrea**                :        BK NO. **17-10825-JKF**

    DEBTOR                        :

<u>Exhibit "A"</u>

The Notice of Application for Attorney's Fees upon the Debtor, the US and Chapter 13 Trustee's, All creditors and all parties in interest.