IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE
**Rosalind C McCrea** : BK NO. **17-10825-JKF**
DEBTOR : Chapter 13
:

**Motion for Leave to Withdraw as Counsel.**

Michael D. Ward, Attorney at law hereby applies to for leave or Court to withdraw his appearance as attorney for the Debtor, **Rosalind C McCrea** , on the following grounds:

1. The Debtor and Movant seemed to have come to irreconcilable differences.

2. Movant, despite efforts to do so, seems to be unable to communicate with the Debtor in a way that is productive for her case and that allows Movant to fulfill his role as her, the Debtor's, attorney in a way that he understands he is supposed to and is obligated to as long as he is the Debtor's counsel.

3. Although Movant only has included $3,310.00 for additional attorney's fees under the current Debtor's current proposed Amended Plan, Movant as Debtor's counsel on an hourly basis has over $8,000.00 worth of hours of work at present.

**WHEREFORE**, Movant, Michael D. Ward, Attorney at law

respectfully requests that this Honorable Court enter an Order allowing him to withdraw his appearance on behalf of the Debtor, **Rosalind C McCrea** .

Date: March 25, 2018                             /s/ Michael D. Ward, Esq.
                                                 Attorney for debtor