IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE
**Rosalind C McCrea**                            :    BK NO. **17-10825-JKF**
DEBTOR                                           :    Chapter 13
                                                 :

**AMENDED CERTIFICATE OF SERVICE**

I, Michael D. Ward, hereby certify that on the date indicated below I serve the following interested parties the Debtor's Motion to Sell Real Estate Nunc Pro Tunc, including Notice of Hearing by U.S. First Class Mail, Postage Paid or by other means of electronic transmissions as follows:

**See parties listed below.**


Date: September 23, 2018                         /s/Michael D Ward, Esq


The Debtor, the Chapter 13 Trustee and the U.S. Trustee and see attached list




Dated:    March 25

ACS
Att Bankruptcy
Po Box 56317
Philadelphia, PA 19130-6317

AES
POB 2461
Harrisburg, PA 17105-2461

American Collection
205 S Whiting St
Ste 500
Alexandria, VA 22304-3632

American Collection Enterprise
P.O. Box 30096
Alexandria, VA  22310-8096

American Servicing Co.
Att Bankruptcy Department
Po Box 10328
Des Moines, IA 50306-0328

American Servicing for Deutche Bank
MAC# D3347-014
3476 Stateview Boulevard
Ft Mills, SC 29715-7203

Asset Acceptance LLC
PO Box 44426
Baltimore, MD 21236-6426

CITY OF PHILADELPHIA LAW DEPARTMENT - TAX -BANKRUPTCY GROUP – MSB
1401 JOHN F. KENNEDY BLVD
5TH FLOOR
PHILADELPHIA, PA 19102-1617

Megan Harper, Esquire
City of Phila- Real Estate Tax
PO Box 8409
Philadelphia, PA  19101-8409



Deutsche Bank National Trust Co. Trustee (Sec/o SPECIALIZED LOAN SERVICING LLC
8742 LUCENT BLVD
SUITE 300
HIGHLANDS RANCH, COLORADO 80129-2386

Hilco Receivables
1120 Lake Cook Road
Suite B
Buffalo Grove, IL 60089-1970

IRS Special Procedures Unit
P.O. Box 12051
Philadelphia, PA  19105

Andrew Spivak,
 Phelan Hiallinan Diamond & Jones, LLP
1617 JFK Boulevard. Suite 1400

One Penn Center Plaza
Philadelphia. PA 19103-1823

Midland Management Co.
8875 Aero Drive
Suite 200
San Diego, CA 92123-2255

Navient Solutions, Inc. on behalf of Educational Credit Management Corporation
PO BOX 16408
St. Paul, MN 55116-0408

PECO
PO Box 372629
Philadelphia, PA  18914

Philadelphia Parking Authority
913 Filbert Street
Philadelphia, PA 19107-3117

RBS Citizens
43 Jefferson Boulevard
RJW-135
Warwick, RI 02888-1027

Roundpoint Mortgage
5032 Parkway Plaza Blvd
Charlotte, NC 28217-1934

Water Revenue Bureau
1401 JFK Boulevard
Philadelphia, PA 19102-1663

Wells Fargo Home Mortgage
3476 Stateview Boulevard
Fort Mills, SC 29715-7203

MATTEO SAMUEL WEINER
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Tyreese McCrea
1418 West Allegheny Avenue
Philadelphia, PA 19132-1708