IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE

**Rosalind C McCrea** : BK NO.

DEBTOR : **17-10825-JKF**

### Certificate of No Response to Motion to Withdraw as Counsel

1. Debtor current counsel, Michael D. Ward, Esquire filed a Motion Debtor's Motion to Withdraw as Counsel.

3. No Answer, Objection, responsive pleading or request for hearing has been filed with the Clerk of the Court.

4. Michael D. Ward, Esquire request the Court to enter an Order allowing him to withdraw as counsel..

Respectfully submitted,

Dated: April 12, 2018        /s/ Michael D. Ward

Michael D. Ward, Attorney at law

1800 JFK Blvd

Suite 300

Philadelphia, PA  19103-7402

Phone: (267) 325-2251

Fax: (215) 383-0129

Email: mdwecf@gmail.com
/s/Michael D. Ward

Dated: September 27, 2017        Signed: _____

Michael D. Ward, Attorney at law

1800 JFK Blvd, Suite 300
Philadelphia, PA  19103-7402
Phone: (267) 325-2251

Fax:    (215) 383-0129