IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                     :
**Rosalind C McCrea**                     :    BK NO.
                                          :    **17-10825-JKF**
DEBTOR                                    :

## CERTIFICATION OF SERVICE

I, Michael D. Ward, do hereby certify that true and correct copies of the Order Dismissing Chapter 13 and setting Deadline for Applications for Allowance of Admirative Expenses was served this date by United States Mail, First Class, postage prepaid or ECF e-mail.

The Debtor, The Standing Chapter 13 Trustee, the U.S. Trustee, all parties on the matrix and

JEROME B. BLANK
Phelan Hallinan & Schmieg LLP
1617 JFK Boulevard
Philadelphia, PA 19103

MATTEO SAMUEL WEINER
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Deutsche Bank National Trust Co., Trustee (See 410)
C/O Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

                                    /S/Michael D. Ward
                                    _____
                                    Michael D. Ward

DATED:    April 13, 2018