United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-10825-mdc
Rosalind C McCrea                                                       Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi                 Page 1 of 2              Date Rcvd: Apr 13, 2018
                            Form ID: pdf900             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2018.
db           +Rosalind C McCrea,    1524 South Marshall Street,    Philadelphia, PA 19147-6430
cr           +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 Dallas Parkway, Suite 300,
               Dallas, TX 75254-7883
NONE         +Michael D. Ward,    1800 JFK Blvd.,    Suite 300,    Philadelphia, PA 19103-7402
13865733      ACS,   Att Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
13865734      AES,   POB 2461,    Harrisburg, PA 17105-2461
13865735      American Collection,    205 S Whiting St,    Ste 500,    Alexandria, VA 22304-3632
13865736      American Collection Enterprise,    P.O. Box 30096,    Alexandria, VA 22310-8096
13865737      American Servicing Co.,    Att Bankruptcy Department,    Po Box 10328,
               Des Moines, IA 50306-0328
13865738      American Servicing for Deutche Bank,    MAC# D3347-014,    3476 Stateview Boulevard,
               Ft Mills, SC 29715-7203
13865745      Andrew Spivak,,    Phelan Hiallinan Diamond & Jones, LLP,    1617 JFK Boulevard. Suite 1400,
               One Penn Center Plaza,    Philadelphia. PA 19103-1823
13865740     +CITY OF PHILADELPHIA LAW DEPARTMENT - TAX -BANKRUP,    1401 JOHN F. KENNEDY BLVD,    5TH FLOOR,
               PHILADELPHIA, PA 19102-1640
13865741      City of Phila- Real Estate Tax,    PO Box 8409,    Philadelphia, PA 19101-8409
13865742      Deutsche Bank National Trust Co. Trustee (Sec/o SP,    8742 LUCENT BLVD,    SUITE 300,
               HIGHLANDS RANCH, COLORADO 80129-2386
13915417     +Deutsche Bank National Trust Co., Trustee(See 410),    C/O Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13865743      Hilco Receivables,    1120 Lake Cook Road,    Suite B,    Buffalo Grove, IL 60089-1970
13865747      Navient Solutions, Inc. on behalf of Educational C,    PO BOX 16408,    St. Paul, MN 55116-0408
13865748      PECO,   PO Box 372629,    Philadelphia, PA 18914
13865749      Philadelphia Parking Authority,    913 Filbert Street,    Philadelphia, PA 19107-3117
13865750      RBS Citizens,    43 Jefferson Boulevard,    RJW-135,    Warwick, RI 02888-1027
13865751      Roundpoint Mortgage,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1934
13866958     +US Bank National Assoc.,    c/o Joseph A. Dessoye, Esq.,    Phelan Hallinan Diamond & Jones LLP,
               1617 JFK Blvd., Ste. 1400,    One Penn Ctr Plaza,    Phila., PA 19103-1823
13865752      Water Revenue Bureau,    1401 JFK Boulevard,    Philadelphia, PA 19102-1663
13865753      Wells Fargo Home Mortgage,    3476 Stateview Boulevard,    Fort Mills, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Apr 14 2018 01:51:43     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 14 2018 01:51:15
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 14 2018 01:51:30     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2018 01:54:50     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13865739      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 14 2018 01:51:19     Asset Acceptance LLC,
               PO Box 44426,    Baltimore, MD 21236-6426
13865744      E-mail/Text: cio.bncmail@irs.gov Apr 14 2018 01:50:55     IRS Special Procedures Unit,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
13865746      E-mail/Text: bankruptcydpt@mcmcg.com Apr 14 2018 01:51:19     Midland Management Co.,
               8875 Aero Drive,   Suite 200,    San Diego, CA 92123-2255
13875441     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 14 2018 01:55:03
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                               Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Randi                 Page 2 of 2               Date Rcvd: Apr 13, 2018
                              Form ID: pdf900             Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2018 at the address(es) listed below:
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              JEROME B. BLANK    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE ET.AL.
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE ET.AL.
               paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for HSI Asset Corporation Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1
               bkgroup@kmllawgroup.com
              MICHAEL D. WARD    on behalf of Debtor Rosalind C McCrea mdwecf@gmail.com,
               G7290@notify.cincompass.com
              MICHAEL D. WARD    on behalf of  Michael D. Ward mdwecf@gmail.com,  G7290@notify.cincompass.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8
```

Case 17-10825-mdc    Doc 77    Filed 04/15/18    Entered 04/16/18 00:56:00    Desc Imaged
Certificate of Notice    Page 2 of 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 13

Rosalind C McCrea

        Debtor(s). : Bankruptcy No. 17-10825-mdc

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED** *with prejudice. The Debtor is barred from filing a bankruptcy petition for a period of 180 days from the date of dismissal without prior Court approval.*

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service,

and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: 4/12/18

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE