IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE
:
**Rosalind C McCrea**                                                                                                           :
BK NO. **17-10825-JKF**

DEBTOR
:
:      Chapter 13

### Certificate of Non-Response to ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FORAPPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

    The undersigned, Michael D. Ward, Esquire does hereby aver and certify that he did serve copies of the ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES, upon all interested parties, as listed on the attached list of parties served, including the matrix, by depositing same with the United States Postal Service, at Philadelphia, PA as regular first class mail, postage pre-paid or ECF email on the following date:    *April 13, 2018*

    More than twenty days have elapsed from the date of mailing of said ORDER, and having received no response thereto, the undersigned as Attorney for the Debtor (s) does hereby ask that the fee in this case be Approved.

                                  Respectfully submitted,

                                  **/S/Michael D. Ward**

                              _____
                              MICHAEL D. WARD, ESQUIRE

DATED:       May 4, 2018

Parties served with copy of Dismissal Order

The Debtor, The Standing Chapter 13 Trustee, the U.S. Trustee, all parties on the matrix and

JEROME B. BLANK
Phelan Hallinan & Schmieg LLP
1617 JFK Boulevard
Philadelphia, PA 19103

MATTEO SAMUEL WEINER
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Deutsche Bank National Trust Co., Trustee (See 410)
C/O Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129