IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE

**Rosalind C McCrea** : BK NO.

   DEBTOR : **17-10825-mdc**

## ORDER APPROVING ATTORNEY FEE

AND NOW, this 11th day of May 2018, upon consideration of the within application filed by Michael D Ward, Esquire, the Court finds that the fee for representing the above-named Debtor(s), is reasonable considering the services performed by Counsel, and it is therefore:

ORDERED and DECREED, as follows:

Debtor's counsel's fee of $3,500.00 and costs of $00.00, for a total of $3,500.00 is hereby approved; and

Payment of $2,810.00 to the undersigned counsel for the Debtor in the Debtor=s Chapter 13 Plan is hereby approved.

By the Court:

_____ /s/ Magdeline D. Coleman _____
United States Bankruptcy Judge