United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-10825-mdc
Rosalind C McCrea                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: May 14, 2018
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2018.
db        +Rosalind C McCrea,    1524 South Marshall Street,    Philadelphia, PA 19147-6430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2018 at the address(es) listed below:
        JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        JEROME B. BLANK    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE ET.AL. paeb@fedphe.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE ET.AL. paeb@fedphe.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for HSI Asset Corporation Trust 2006-HE1, Mortgage Pass-Through Certificates, Series 2006-HE1 bkgroup@kmllawgroup.com
        MICHAEL D. WARD    on behalf of Debtor Rosalind C McCrea mdwecf@gmail.com, G7290@notify.cincompass.com
        MICHAEL D. WARD    on behalf of  Michael D. Ward mdwecf@gmail.com, G7290@notify.cincompass.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE

**Rosalind C McCrea**                    :        BK NO.

   DEBTOR                          :        **17-10825-mdc**

## ORDER APPROVING ATTORNEY FEE

AND NOW, this 11th day of May 2018, upon consideration of the within application filed by Michael D Ward, Esquire, the Court finds that the fee for representing the above-named Debtor(s), is reasonable considering the services performed by Counsel, and it is therefore:

ORDERED and DECREED, as follows:

Debtor's counsel's fee of $3,500.00 and costs of $00.00, for a total of $3,500.00 is hereby approved; and

Payment of $2,810.00 to the undersigned counsel for the Debtor in the Debtor=s Chapter 13 Plan is hereby approved.

By the Court:

_Magdeline D. Coleman_
United States Bankruptcy Judge